**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore DIVISION**

In re: CHATSWORTH ENTERPRISES, INC.    §     Case No. 19-11620-MMH
§
§
§
       Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

     Zvi Guttman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:   $12,700.00 <br> *(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distributions to Claimants:   $17,424.26 | Claims Discharged <br> Without Payment:  N/A |
| Total Expenses of Administration:   $11,057.95 | |

     3) Total gross receipts of $28,482.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $28,482.21 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $19,874.81 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $11,046.80 | $11,057.95 | $11,057.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $76,037.60 | $90,437.12 | $90,694.95 | $17,424.26 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $140,761.09 | $56,862.16 | $56,862.16 | $0.00 |
| **TOTAL DISBURSEMENTS** | $216,798.69 | $178,220.89 | $158,615.06 | $28,482.21 |

4) This case was originally filed under chapter 7 on 02/07/2019.  The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     07/09/2021                    By: /s/ Zvi  Guttman
                                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less. Face amount = $57,095.84. Doubtful/Uncollectible accounts = $14,757.06. | 1121-000 | $19,778.21 |
| PNC Bank Account | 1229-000 | $8,704.00 |
| **TOTAL GROSS RECEIPTS** | | **$28,482.21** |
| [1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes. | | |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1Sec | Internal Revenue Service | 4300-000 | NA | $19,874.81 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$19,874.81** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Zvi Guttman | 2100-000 | NA | $3,598.22 | $3,598.22 | $3,598.22 |
| Trustee, Expenses - Zvi Guttman | 2200-000 | NA | $117.03 | $117.03 | $117.03 |
| Attorney for Trustee Fees - The Law Offices of Zvi Guttman, P.A. | 3110-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| Attorney for Trustee, Expenses - The Law Offices of Zvi Guttman, P.A. | 3120-000 | NA | $223.90 | $223.90 | $223.90 |
| Bond Payments - Insurance Partners Agency, Inc | 2300-000 | NA | $25.06 | $25.06 | $25.06 |
| Bond Payments - Insurance Partners | 2300-000 | NA | $0.00 | $11.15 | $11.15 |
| Administrative Rent - 8725 Acquisitions, LLC c/o Square Foot Real Estate Management | 2410-000 | NA | $825.00 | $825.00 | $825.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $387.09 | $387.09 | $387.09 |
| Accountant for Trustee Fees (Other Firm) - Larry Strauss, ESQ CPA & Associates, Inc. | 3410-000 | NA | $4,080.50 | $4,080.50 | $4,080.50 |
| Special Accountant for Trustee Expenses - Larry Strauss, ESQ CPA & Associates, Inc. | 3420-590 | NA | $190.00 | $190.00 | $190.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$11,046.80** | **$11,057.95** | **$11,057.95** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1Pri | Internal Revenue Service | 5800-000 | NA | $79,380.16 | $79,380.16 | $13,886.45 |
| 7 | State of Maryland DLLR Division of Unemployment Insurance | 5800-000 | $4,668.00 | $4,796.91 | $4,796.91 | $839.15 |
| 8Pri | Comptroller of the Treasury | 5800-000 | NA | $4,078.00 | $4,078.00 | $713.39 |
| 9 | Deputy County Attorney Baltimore County Office of Law | 5800-000 | NA | $293.17 | $293.17 | $51.29 |
| FICAEE | INTERNAL REVENUE SERVICE - EFTPS - 941 | 5300-000 | NA | NA | $117.11 | $117.11 |
| FICAER | INTERNAL REVENUE SERVICE - EFTPS - 941 | 5800-000 | NA | NA | $117.11 | $20.49 |
| FIT | INTERNAL REVENUE SERVICE - EFTPS - 941 | 5300-000 | NA | NA | $188.89 | $188.89 |
| FUTA | INTERNAL REVENUE SERVICE - EFTPS - 940 | 5800-000 | NA | NA | $113.33 | $19.82 |
| MEDIEE | INTERNAL REVENUE SERVICE - EFTPS - 941 | 5300-000 | NA | NA | $27.39 | $27.39 |
| MEDIER | INTERNAL REVENUE SERVICE - EFTPS - 941 | 5800-000 | NA | NA | $27.39 | $4.79 |
| W-1 | Pamela Spittel | 5300-000 | NA | $1,888.88 | $1,555.49 | $1,555.49 |
| N/F | Internal Revenue Service | 5600-000 | $69,480.72 | NA | NA | NA |
| N/F | Pamela Spittel | 5600-000 | $1,888.88 | NA | NA | NA |

| | | | | |
|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | $76,037.60 | $90,437.12 | $90,694.95 | $17,424.26 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1Pen | Internal Revenue Service | 7300-000 | NA | $9,627.95 | $9,627.95 | $0.00 |
| 2 | Schermerhorn Bros. Co. c/o Peter Wolf | 7100-000 | $2,296.07 | $2,296.07 | $2,296.07 | $0.00 |
| 3 | Pitney Bowes Inc | 7100-000 | $8,485.00 | $7,787.78 | $7,787.78 | $0.00 |
| 4 | Pitney Bowes Global Financial Services | 7100-000 | NA | $3,190.76 | $3,190.76 | $0.00 |
| 5U | Pamela Spittel | 7100-000 | NA | $44.00 | $44.00 | $0.00 |
| 6 | First National Bank Attn: Legal Dept. | 7100-000 | $26,000.00 | $24,321.60 | $24,321.60 | $0.00 |
| 8Pen | Comptroller of the Treasury | 7300-000 | NA | $428.00 | $428.00 | $0.00 |
| 10U | 8725 Acquisitions, LLC c/o Square Foot Real Estate Management | 7100-000 | $9,041.00 | $9,016.00 | $9,016.00 | $0.00 |
| 11 | Douglas R. Gorius, P.A. | 7100-000 | $0.00 | $150.00 | $150.00 | $0.00 |
| N/F | AA-Plus Maryland Office | 7100-000 | $745.91 | NA | NA | NA |
| N/F | Association of Free Community Papers | 7100-000 | $275.00 | NA | NA | NA |
| N/F | Baltimore Gas & Electric Company | 7100-000 | $3,011.14 | NA | NA | NA |
| N/F | Bank of America Attn: Bankruptcy | 7100-000 | $48,008.45 | NA | NA | NA |
| N/F | Bank of America Attn: Bankruptcy | 7100-000 | $660.90 | NA | NA | NA |
| N/F | Comcast Cable Communications, LLC | 7100-000 | $423.10 | NA | NA | NA |
| N/F | Engle Printing & Publishing Co., Inc. | 7100-000 | $26,614.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Feldman, Blum & Associates, LLC | 7100-000 | $1,650.00 | NA | NA | NA |
| N/F | Harris Fire Protection Co., Inc. | 7100-000 | $187.00 | NA | NA | NA |
| N/F | JAC Communications | 7100-000 | $450.00 | NA | NA | NA |
| N/F | Maryland Association of CPAs, Inc. | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Maryland Unemployment Insurance Fund | 7100-000 | $4,299.83 | NA | NA | NA |
| N/F | Metro Creative Graphics, Inc. | 7100-000 | $708.13 | NA | NA | NA |
| N/F | Philadelphia Insurance Companies | 7100-000 | $653.00 | NA | NA | NA |
| N/F | Pitney Bowes Global Financial Services | 7100-000 | $350.28 | NA | NA | NA |
| N/F | Ready Refresh | 7100-000 | $223.45 | NA | NA | NA |
| N/F | State of Maryland DLLR | 7100-000 | $15.00 | NA | NA | NA |
| N/F | The Hartford | 7100-000 | $4,795.03 | NA | NA | NA |
| N/F | Verizon | 7100-000 | $1,290.60 | NA | NA | NA |
| N/F | W.B. Mason Co., Inc. | 7100-000 | $378.20 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$140,761.09** | **$56,862.16** | **$56,862.16** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  1

Case No.:   19-11620-MMH

Case Name:   CHATSWORTH ENTERPRISES, INC.

For Period Ending:   07/09/2021

Trustee Name:   (400140) Zvi Guttman

Date Filed (f) or Converted (c):   02/07/2019 (f)

§ 341(a) Meeting Date:   03/19/2019

Claims Bar Date:   05/12/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Deposit with BGE | Unknown | Unknown | | 0.00 | FA |
| 2 | Deposit with landlord | 700.00 | 700.00 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $57,095.84. Doubtful/Uncollectible accounts = $14,757.06. | 42,338.78 | 42,338.78 | | 19,778.21 | FA |
| 4 | HP laptops (2); ASUS desktop computers (6); Mac computers (5); Canon Imagerunner copier; HP laserjet 5000 printer; Oki C3400 printer; ESI phone system (12 phones). | 9,000.00 | 9,000.00 | OA | 0.00 | FA |
| 5 | Various office furniture, etc. (attached). | Unknown | Unknown | OA | 0.00 | FA |
| 6 | 2006 Ford Van. Valuation Method: Appraisal | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 7 | eastcou ntyti meson 1 ine.com. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | East County Times Customer Contact List (attached). | Unknown | Unknown | | 0.00 | FA |
| 9* | PNC Bank Account (u) (See Footnote) | 8,704.00 | Unknown | | 8,704.00 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$63,742.78** | **$55,038.78** | | **$28,482.21** | **$0.00** |

RE PROP# 9     Account Liquidation

**Major Activities Affecting Case Closing:**

.

**Initial Projected Date Of Final Report (TFR):**  06/30/2020

**Current Projected Date Of Final Report (TFR):**   12/21/2020 (Actual)

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 19-11620-MMH | |
| **Case Name:** | CHATSWORTH ENTERPRISES, INC. | |
| **Taxpayer ID #:** | **-***5231 | |
| **For Period Ending:** | 07/09/2021 | |

| | |
|---|---|
| **Trustee Name:** | Zvi Guttman (400140) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******3800 Checking |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/11/19 | {3} | Essex Roofers, Inc | Account Receivable | 1121-000 | 150.00 | | 150.00 |
| 02/11/19 | {3} | Russell E Stickel | Account Receivable-Orems Garage | 1121-000 | 508.32 | | 658.32 |
| 02/11/19 | {3} | Rosedale Volunteer Fire Dept Inc | Account Receivable | 1121-000 | 100.00 | | 758.32 |
| 02/11/19 | {3} | Nancy Antkowiak | Account Receivable-Account 76162 | 1121-000 | 30.00 | | 788.32 |
| 02/11/19 | {3} | Paul L King Enterprises Inc | Inv. 96732-Account Receivable | 1121-000 | 1,370.25 | | 2,158.57 |
| 02/11/19 | {3} | Joseph Stracke | Account Receivable-1/19 | 1121-000 | 175.00 | | 2,333.57 |
| 02/11/19 | {3} | Jaworski & Gorius Attorneys At Law | Account Receivable-Invoices #96501 and #96664 | 1121-000 | 542.00 | | 2,875.57 |
| 02/11/19 | {3} | Pinnacle Communications Resource Company | Account Receivable-RBS 1008F | 1121-000 | 157.60 | | 3,033.17 |
| 02/11/19 | {3} | Parker Pallett Slezak & Russell, LLC | Account Receivable-Invoice #96739 | 1121-000 | 100.00 | | 3,133.17 |
| 02/11/19 | {3} | Bill Portable Welding Inc | Account Receivable-Invoice #96531 | 1121-000 | 100.00 | | 3,233.17 |
| 02/11/19 | {3} | Silver-Top Manufacturing Co, Inc | Account Receivable | 1121-000 | 299.46 | | 3,532.63 |
| 02/12/19 | {9} | First National Bank | Account Liquidation | 1229-000 | 8,704.00 | | 12,236.63 |
| 02/25/19 | {3} | Stem-Ross Weight Loss Center, LLC | Account Receivable-Invoice #96593 | 1121-000 | 85.56 | | 12,322.19 |
| 02/25/19 | {3} | Media Resources, Ltd | Life Line Screening-Inv #96547 | 1121-000 | 343.70 | | 12,665.89 |
| 02/25/19 | {3} | Plan-It Media, Inc | A/r-Pizza Johns Inv #96435,96710 | 1121-000 | 195.50 | | 12,861.39 |
| 02/25/19 | {3} | Islander Inn & Catering | Invoice #96457-Islander Inn & Catering | 1121-000 | 50.00 | | 12,911.39 |
| 03/05/19 | {3} | Jaworski & Gorius Attorneys at Law | Payment for Invoices #96300 & 96501 | 1121-000 | 457.00 | | 13,368.39 |
| 03/11/19 | {3} | HF Horney Inc | Invoice #96542-Direct Fuel Account Receivable | 1121-000 | 128.34 | | 13,496.73 |
| 03/13/19 | {3} | LHSL Hopkins Creek | Martins Wood, LLC-Account 60210 | 1121-000 | 598.92 | | 14,095.65 |
| 03/13/19 | 1 | Insurance Partners Agency, Inc | Trustee Bond 3/1/2019-20 | 2300-000 | | 25.06 | 14,070.59 |
| 03/18/19 | {3} | Gray Kirk Vansant Advertising, Inc | Invoice RF-96706-NOV  Rosedale Federal :2361 | 1121-000 | 715.68 | | 14,786.27 |
| 03/18/19 | {3} | SST II 150 Airport Blvd LLC | A/R | 1121-000 | 235.29 | | 15,021.56 |
| 03/26/19 | {3} | Essex Volunteer Fire Company Inc | Account Receivable | 1121-000 | 150.00 | | 15,171.56 |
| 03/26/19 | {3} | Integrity Staffing Solutions, Inc | Account Receivable | 1121-000 | 153.36 | | 15,324.92 |
| 04/01/19 | {3} | Jaworski & Gorius Attorneys at Law | a/r-Invoices #96501 & #96664 | 1121-000 | 457.00 | | 15,781.92 |
| 04/09/19 | {3} | PJR Lawns LLC | Account Receiavable-Invoice #96517 | 1121-000 | 150.00 | | 15,931.92 |
| 04/09/19 | {3} | Steves Building and Maintenace, LLC | Account Receivable-Invoice #96716 | 1121-000 | 60.00 | | 15,991.92 |
| 04/09/19 | {3} | Essex Village Marlyn Gardens LLC | Account Receivable-Invoice #96735 | 1121-000 | 228.16 | | 16,220.08 |
| 04/12/19 | {3} | Overlea Community Association, Inc | A/R per Invoice No. 96405-Overlea Farmers Market (Adventure Productions) | 1121-000 | 54.08 | | 16,274.16 |
| 04/12/19 | {3} | JVEF Inc | A/R-By The Docks | 1121-000 | 125.00 | | 16,399.16 |
| 04/15/19 | {3} | Aqua Plumbing & Heating Co, Inc | A/r | 1121-000 | 30.00 | | 16,429.16 |

| | | |
|---|---|---|
| | **Page Subtotals:** | **$16,454.22** | **$25.06** |

{ } Asset Reference(s)          **UST Form 101-7-TDR ( 10 /1/2010)**          *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 2

| Case No.: | 19-11620-MMH | Trustee Name: | Zvi Guttman (400140) |
|---|---|---|---|
| Case Name: | CHATSWORTH ENTERPRISES, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5231 | Account #: | ******3800 Checking |
| For Period Ending: | 07/09/2021 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/02/19 | {3} | St Matthew Evangelical Lutheran Church | A/R payment | 1121-000 | 150.00 | | 16,579.16 |
| 05/15/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******4077 | Transition Debit to Metropolitan Commercial Bank acct 3910044077 | 9999-000 | | 16,579.16 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | | 16,604.22 | 16,604.22 | $0.00 |
| Less: Bank Transfers/CDs | | | 0.00 | 16,579.16 | |
| Subtotal | | | 16,604.22 | 25.06 | |
| Less: Payments to Debtors | | | | 0.00 | |
| NET Receipts / Disbursements | | | $16,604.22 | $25.06 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 19-11620-MMH | Trustee Name: | Zvi Guttman (400140) |
|---|---|---|---|
| Case Name: | CHATSWORTH ENTERPRISES, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5231 | Account #: | ******4077 Checking Account |
| For Period Ending: | 07/09/2021 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/15/19 | | Transfer Credit from Rabobank, N.A. acct ******3800 | Transition Credit from Rabobank, N.A. acct 5025303800 | 9999-000 | 16,579.16 | | 16,579.16 |
| 05/16/19 | {3} | M&M Bedding, LLC | M&M Bedding East County Times 10/31/18 | 1121-000 | 85.56 | | 16,664.72 |
| 05/16/19 | {3} | Precision Surveying and Mapping, LLC | Invoice No. 96725 | 1121-000 | 60.00 | | 16,724.72 |
| 08/23/19 | {3} | Agenti Media Services | A/R-Walmart & JC Penney Media | 1121-000 | 3,631.43 | | 20,356.15 |
| 09/16/19 | {3} | Agenti Media Services | East County Times-A/R for Kohls Corp. | 1121-000 | 6,001.00 | | 26,357.15 |
| 11/27/19 | {3} | Board of Education of Baltimore County | Account Receivable | 1121-000 | 2,100.00 | | 28,457.15 |
| 03/11/20 | 1000 | Insurance Partners | Policy #3792891 03/01/2020-03/01/2021 | 2300-000 | | 11.15 | 28,446.00 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 22.73 | 28,423.27 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 45.42 | 28,377.85 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.84 | 28,334.01 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.30 | 28,285.71 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.71 | 28,239.00 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.63 | 28,195.37 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.07 | 28,147.30 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 44.98 | 28,102.32 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.41 | 28,058.91 |
| 02/19/21 | | IRS EFTPS | REVERSAL OF IRS EFTPS DISBURSEMENT ADJUSTMENTS - TO BE PAID BY CHECK | | | -378.49 | 28,437.40 |
| | | INTERNAL REVENUE SERVICE - EFTPS - 941 | Federal Income Tax Withholding -$188.89 | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE - EFTPS - 941 | FICAEE -$117.11 | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE - EFTPS - 941 | MEDIEE -$27.39 | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE - EFTPS - 941 | FICAER -$20.49 | 5800-000 | | | |
| | | INTERNAL REVENUE SERVICE - EFTPS - 941 | MEDIER -$4.79 | 5800-000 | | | |
| | | INTERNAL REVENUE SERVICE - EFTPS - 940 | FUTA -$19.82 | 5800-000 | | | |
| 02/19/21 | 1001 | Zvi Guttman | Distribution payment - Dividend paid at 100.00% of $3,598.22; Claim # FEE; Filed: $3,598.22 | 2100-000 | | 3,598.22 | 24,839.18 |

**Page Subtotals:** **$28,457.15** **$3,617.97**

## Form 2

### Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 19-11620-MMH | Trustee Name: | Zvi Guttman (400140) |
|---|---|---|---|
| Case Name: | CHATSWORTH ENTERPRISES, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5231 | Account #: | ******4077 Checking Account |
| For Period Ending: | 07/09/2021 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/19/21 | 1002 | Zvi Guttman | Distribution payment - Dividend paid at 100.00% of $117.03; Claim # TE; Filed: $117.03 | 2200-000 | | 117.03 | 24,722.15 |
| 02/19/21 | 1003 | The Law Offices of Zvi Guttman, P.A. | Distribution payment - Dividend paid at 100.00% of $1,600.00; Claim # ; Filed: $1,600.00 | 3110-000 | | 1,600.00 | 23,122.15 |
| 02/19/21 | 1004 | The Law Offices of Zvi Guttman, P.A. | Distribution payment - Dividend paid at 100.00% of $223.90; Claim # ; Filed: $223.90 | 3120-000 | | 223.90 | 22,898.25 |
| 02/19/21 | 1005 | Larry Strauss, ESQ CPA & Associates, Inc. | Distribution payment - Dividend paid at 100.00% of $4,080.50; Claim # ; Filed: $4,080.50 | 3410-000 | | 4,080.50 | 18,817.75 |
| 02/19/21 | 1006 | Larry Strauss, ESQ CPA & Associates, Inc. | Distribution payment - Dividend paid at 100.00% of $190.00; Claim # ; Filed: $190.00 | 3420-590 | | 190.00 | 18,627.75 |
| 02/19/21 | 1007 | 8725 Acquisitions, LLC c/o Square Foot Real Estate Management | Distribution payment - Dividend paid at 100.00% of $825.00; Claim # 10P; Filed: $825.00 Stopped on 05/11/2021 | 2410-000 | | 825.00 | 17,802.75 |
| 02/19/21 | 1008 | Pamela Spittel | Distribution payment - Dividend paid at 82.35% of $1,888.88; Claim # W-1; Filed: $1,888.88 | 5300-000 | | 1,555.49 | 16,247.26 |
| 02/19/21 | 1009 | Internal Revenue Service | Distribution payment - Dividend paid at 17.49% of $79,380.16; Claim # 1Pri; Filed: $79,380.16 | 5800-000 | | 13,886.45 | 2,360.81 |
| 02/19/21 | 1010 | State of Maryland DLLR Division of Unemployment Insurance | Distribution payment - Dividend paid at 17.49% of $4,796.91; Claim # 7; Filed: $4,796.91 | 5800-000 | | 839.15 | 1,521.66 |
| 02/19/21 | 1011 | Comptroller of the Treasury | Distribution payment - Dividend paid at 17.49% of $4,078.00; Claim # 8Pri; Filed: $4,078.00 | 5800-000 | | 713.39 | 808.27 |
| 02/19/21 | 1012 | Deputy County Attorney Baltimore County Office of Law | Distribution payment - Dividend paid at 17.50% of $293.17; Claim # 9; Filed: $293.17 | 5800-000 | | 51.29 | 756.98 |
| 02/19/21 | | INTERNAL REVENUE SERVICE - EFTPS - 941 | Distribution payment - Dividend paid at 100.00% of $188.89; Claim # ; Filed: | 5300-000 | | 188.89 | 568.09 |
| 02/19/21 | | INTERNAL REVENUE SERVICE - EFTPS - 941 | Distribution payment - Dividend paid at 100.00% of $117.11; Claim # ; Filed: | 5300-000 | | 117.11 | 450.98 |
| 02/19/21 | | INTERNAL REVENUE SERVICE - EFTPS - 941 | Distribution payment - Dividend paid at 100.00% of $27.39; Claim # ; Filed: | 5300-000 | | 27.39 | 423.59 |
| 02/19/21 | | INTERNAL REVENUE SERVICE - EFTPS - 941 | Distribution payment - Dividend paid at 17.50% of $117.11; Claim # ; Filed: | 5800-000 | | 20.49 | 403.10 |
| 02/19/21 | | INTERNAL REVENUE SERVICE - EFTPS - 941 | Distribution payment - Dividend paid at 17.49% of $27.39; Claim # ; Filed: | 5800-000 | | 4.79 | 398.31 |
| 02/19/21 | | INTERNAL REVENUE SERVICE - EFTPS - 940 | Distribution payment - Dividend paid at 17.49% of $113.33; Claim # ; Filed: | 5800-000 | | 19.82 | 378.49 |
| 03/17/21 | 1013 | INTERNAL REVENUE SERVICE | Distribution payment FUTA- Dividend paid at 17.49% of $113.33;  [EIN 52-1965231] | 5800-000 | | 19.82 | 358.67 |
| 03/17/21 | 1014 | IRS | EIN 52-1965231 (FIT, FICAEE, MEDIEE, FICAER, MEDIER) | | | 358.67 | 0.00 |

Page Subtotals: $0.00   $24,839.18

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 19-11620-MMH | Trustee Name: | Zvi Guttman (400140) |
|---|---|---|---|
| Case Name: | CHATSWORTH ENTERPRISES, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5231 | Account #: | ******4077 Checking Account |
| For Period Ending: | 07/09/2021 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | INTERNAL REVENUE SERVICE - EFTPS - 941 | 941 FITDistribution payment - Dividend paid at 100.00% of $188.89;<br><br>$188.89 | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE - EFTPS - 941 | FICA EEDistribution payment - Dividend paid at 100.00% of $117.11<br><br>$117.11 | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE - EFTPS - 941 | MEDI EEDistribution payment - Dividend paid at 100.00% of $27.39;<br><br>$27.39 | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE - EFTPS - 941 | FICA ERDistribution payment - Dividend paid at 17.5% of $117.11<br><br>$20.49 | 5800-000 | | | |
| | | INTERNAL REVENUE SERVICE - EFTPS - 941 | MEDI ER Distribution payment - Dividend paid at 17.49% of $113.33<br><br>$4.79 | 5800-000 | | | |
| 05/11/21 | 1007 | 8725 Acquisitions, LLC c/o Square Foot Real Estate Management | Distribution payment - Dividend paid at 100.00% of $825.00; Claim # 10P; Filed: $825.00 Stopped: check issued on 02/19/2021 | 2410-000 | | -825.00 | 825.00 |
| 05/11/21 | 1015 | 8725 Acquisitions, LLC c/o Square Foot Real Estate Management | Distribution payment - Dividend paid at 100.00% of $825.00; Claim # 10P; Filed: $825.00 | 2410-000 | | 825.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 28,457.15 | 28,457.15 | $0.00 |
| | Less: Bank Transfers/CDs | 16,579.16 | 0.00 | |
| | Subtotal | 11,877.99 | 28,457.15 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $11,877.99 | $28,457.15 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

**Case No.:** 19-11620-MMH

**Case Name:** CHATSWORTH ENTERPRISES, INC.

**Taxpayer ID #:** **-***5231

**For Period Ending:** 07/09/2021

**Trustee Name:** Zvi Guttman (400140)

**Bank Name:** Metropolitan Commercial Bank

**Account #:** ******4077 Checking Account

**Blanket Bond (per case limit):** $3,000,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3800 Checking | $16,604.22 | $25.06 | $0.00 |
| ******4077 Checking Account | $11,877.99 | $28,457.15 | $0.00 |
| | $28,482.21 | $28,482.21 | $0.00 |